# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FRANK NELLOM,

          Petitioner

          v.

JOSEPH T. MOLIERI, GAIL L. FAIRMAN,
HUGH J. BURNS, JR., LAWRENCE S.
KRASNER,JOSHUA D. SHAPIRO, AND
MAX BAER,

          Respondents

:  No. 194 EAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.